UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 12-cr-384-T-17EAJ

MAURICE J. LARRY

**FORFEITURE MONEY JUDGMENT AND PRELIMINARY**
<u>**ORDER OF FORFEITURE FOR DIRECT AND SUBSTITUTE ASSETS**</u>

THIS CAUSE comes before the Court upon the United States' Motion for:

(1)　A Forfeiture Money Judgment in the amount of $181,890.10;

(2)　A Preliminary Order of Forfeiture for the following property which was purchased with the defendant's criminal proceeds:

    a.　a 2010 Chevrolet Camaro, Vehicle Identification Number 2G1FK1EJXA9187100, titled to Corrie Antonio Jones;

    b.　a 2010 Chevrolet Camaro, Vehicle Identification Number 2G1FK1EJ6A9202806, titled to Michelle Rena Haywood; and

    c.　a 2011 TAO MC silver motor scooter, Vehicle Identification Number L9NTCAPA7B1001170, titled to Terrence Dixon; and

(3)　A Preliminary Order of Forfeiture for the following property, as substitute assets in partial satisfaction of the defendant's forfeiture money judgment:

    a.　a 1986 Chevrolet Monte Carlo, Vehicle Identification Number 1G1GZ37G4GR114526, titled to Cheryl Beatrice Gamble; and

    b.　assorted jewelry and laptop computers seized from a storage unit in September 2012.

Being fully advised of the relevant facts, the Court hereby finds that the defendant obtained at least $181,890.10 in proceeds from the conspiracy, wire fraud scheme, and access device fraud to which he pled guilty, and that the assets identified in paragraph two above represent proceeds directly traceable to those crimes.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(B), 1029(c)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held jointly and severally liable with any subsequently convicted co-conspirators for a forfeiture money judgment in the amount of $181,890.10.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(B), 1029(c)(1)(C), 21 U.S.C. § 853(p), 28 U.S.C. § 2461(c), Rule 32.2(b)(2), and Rule 32.2(e)(1)(B), the assets identified in paragraphs two and three above are hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that, the net proceeds of the specific assets forfeited be credited toward the defendant's forfeiture money judgment.

It is FURTHER ORDERED that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any other substitute assets forfeited to the United States up to the amount of the forfeiture money judgment.

DONE and ORDERED in Tampa, Florida, this __11th__ day of __June__, 2013.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Natalie Hirt Adams, AUSA
Counsel of Record

3